

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Magistrate Case No. __20MJ5334__ |
| Plaintiff,   ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v.   ) | |
| ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Saira Consuelo JIMENEZ,   ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant.   ) | |

The undersigned complainant, being duly sworn, states:

On or about December 10, 2020, within the Southern District of California, Defendant, Saira Consuelo JIMENEZ, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Celestino DE LA CRUZ-Galvez and Marisela CALVO-Mijangos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th of December 2020.

_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Celestino DE LA CRUZ-Galvez and Marisela CALVO-Mijangos are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 10, 2020, at approximately 10:45 A.M., Saira Consuelo JIMENEZ (Defendant), a United States Citizen, applied for admission into the United States from Mexico through the vehicle primary inspection lanes at the San Ysidro, California Port of Entry. Defendant was the driver and sole visible occupant of a 2015 Ford Focus. While conducting pre-primary enforcement operations, an Anti-Terrorism Contraband Enforcement Team (A-TCET) Customs and Border Protection (CBP) Officer approached the Defendants vehicle. During inspection Defendant stated she was going to San Diego, California with nothing to declare from Mexico. The CBP Officer elected to inspect the trunk of the vehicle and discovered two undocumented aliens concealed inside. Assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured, referred and escorted to secondary pending further investigation. Vehicle was driven to secondary for further inspection.

In secondary, the vehicle's trunk was accessed by CBP Officers. The CBP Officers instructed the undocumented aliens to exit the trunk. The individuals, later identified as Celestino DE LA CRUZ-Galvez (Material Witness 1-MW1) and Marisela CALVO-Mijangos (Material Witness 2-MW2), were determined to be citizens of Mexico with no legal documents to enter the United States.

At approximately 2:22 P.M., Defendant was advised of her Miranda Rights and elected to make a statement without the benefit of counsel. Defendant admitted on agreeing to transport monetary currencies from the United States to Mexico through a social media Facebook advertisement for a 7% payment on the total transported monetary currencies. Defendant admitted to an unknown destination on Palm Avenue and was to make a telephonic call to the smuggling facilitator to receive further instructions. Defendant admitted that the payment was to be received in Tijuana, Mexico upon her immediate return after acquiring the monetary currencies from the United States.

MW1 admitted to being a citizen of Mexico, with no legal documents to enter the United States. MW1 admitted to personally making the smuggling arrangements for him to be unlawfully transported into the United States for a total agreed smuggling payment of $6,000 U.S. Dollars to the smuggling facilitators. MW1 admitted he intended to travel to Santa Maria, California to reside and seek employment.

MW2 admitted to being a citizen of Mexico, with no legal documents to enter the United States. MW2 admitted to personally making the smuggling arrangements for her to be unlawfully transported into the United States for a total agreed smuggling payment of $8,500 U.S. Dollars to the smuggling facilitators. MW1 stated she was going to Santa Rosa, California to reside and seek employment.